```
                   UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF INDIANA
                         HAMMOND DIVISION
```

```
CAROL ANN BURNS,                  )
                                  )
          Plaintiff               )
                                  )
     v.                           )   Case No. 2:07 cv 244
                                  )
STATE OF INDIANA,                 )
                                  )
          Defendant               )
```

## REPORT AND RECOMMENDATION

On July 26, 2007, the plaintiff filed a complaint and named the State of Indiana as the defendant. When the plaintiff did not serve the State with a summons, an Order was issued on March 3, 2008, requiring the plaintiff to show cause why the complaint should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m). The plaintiff failed to file an appropriate response. Therefore, **IT IS RECOMMENDED** that this matter **BE DISMISSED WITHOUT PREJUDICE.**

Pursuant to 28 U.S.C. §636(b)(1), the parties shall have ten (10) days after being served with a copy of this Recommendation to file written objections thereto with the Clerk of Court, with extra copies mailed to the Chambers of the Honorable Joseph Van Bokkelen, Judge of the United States District Court, Hammond Division, and the Chambers of United States Magistrate Judge Andrew P. Rodovich. The failure to file a timely objection will result in the waiver of the right to challenge this Recommendation before either the District Court or the Court of Appeals. ***Willis v. Caterpillar, Incorporated***, 199 F.3d 902, 904 (7th Cir.

1999); ***Johnson v. Zema Systems Corporation***, 170 F.3d 734, 739 (7th Cir. 1999); ***Hunger v. Leininger***, 15 F.3d 664, 668 (7th Cir. 1994); ***The Provident Bank v. Manor Steel Corporation***, 882 F.2d 258, 260-61 (7th Cir. 1989); ***United States v. Johnson***, 859 F.2d 1289, 1294 (7th Cir. 1988); ***Lebovitz v. Miller***, 856 F.2d 902, 905 n.2 (7th Cir. 1988).

ENTERED this 8th day of May, 2008

                                        s/ ANDREW P. RODOVICH
                                               United States Magistrate Judge