**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| CAROLD ANN BURNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:07-CV-244 JVB |
| ) | |
| STATE OF INDIANA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On July 26, 2007, the plaintiff filed a complaint and named the State of Indiana as the defendant. When the plaintiff did not serve the State with a summons, an Order was issued on March 3, 2008, requiring the plaintiff to show cause why the complaint should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m). The plaintiff failed to file an appropriate response.

Consequently, on May 8, 2008, Magistrate Judge Andrew P. Rodovich issued a Report and Recommendation suggesting that the case be dismissed without prejudice. Judge Rodovich advised the Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1) she had ten days to object to the Report and Recommendation and that, if she did not object, she would be waiving her rights to challenge it later. To date, the Plaintiff has not objected.

Accordingly, the Court accepts Judge Rodovich's Report and Recommendation and dismisses this case without prejudice.

SO ORDERED on June 12, 2008.

    s/ Joseph S. Van Bokkelen
JOSEPH S. VAN BOKKELEN
UNITED STATES DISTRICT JUDGE